No. 94–5536. ROBERTSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5537. MANESS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5538. LIEDTKE v. STATE BAR OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5539. RAZOR-BEY v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–5540. RILEY v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 94–5541. LINDSAY v. MOZINGO ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5542. MEDINA v. QUAMME. C. A. 7th Cir. Certiorari denied.

No. 94–5543. LEONARD v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5544. MARTIN v. INITIAL U. S. A. C. A. 11th Cir. Certiorari denied.

No. 94–5546. ADAIR v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–5547. ADAMS v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 94–5548. BIGHOM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5549. BAKER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5550. BECERRA-FLORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5552. DUNCAN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–5553. HUDSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.